ERNA MENZEL, Respondent, v. ALBERT A. LIST, Defendant and Third-Party Plaintiff-Respondent. KLAUS G. PERLS, et al., Doing Business under the Name of PERLS GALLERIES, Third-Party Defendants-Appellants.

Concur — Stevens, J. P., Steuer, Tilzer, Rabin and McGivern, JJ. [See 49 Misc 2d 300.]